■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [11 NYS3d 504]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. HATHAWAY, Appellant. [11 NYS3d 504]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Sconiers, Whalen and DeJoseph, JJ.

■ CHRISTOPHER HAMILTON, Appellant, v JOHN MILLER et al., Respondents. [11 NYS3d 504]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.

■ LAURIE JACOBI, Appellant, v JENNIE DENI et al., Respondents. [11 NYS3d 505]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.

■ AINSWORTH M. BENNETT, Individually and on Behalf of the Estate of VIRGINIA R. BENNETT, Deceased, Appellant, v ST. JOHN'S HOME et al., Respondents. (Appeal No. 2.) [11 NYS3d 505]—Motion for reargument denied. Leave to appeal to the Court of Appeals granted. Present—Peradotto, J.P., Carni, Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A.C., Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A.C., Appellant. (Appeal No. 2.) [11 NYS3d 505]—Motion for reargument denied. Present—Scudder, P.J., Centra, Peradotto, Valentino and Whalen, JJ.

■ RICH PRODUCTS CORPORATION, Appellant-Respondent, v KENYON & KENYON, LLP, Respondent-Appellant. [11 NYS3d 505]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Valentino, JJ.